UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANNY PATTERSON | *  CIVIL ACTION NO. 13-0337 |
| | * |
| v. | *  JUDGE NANNETTE JOLIVETTE BROWN |
| | * |
| BLUE OFFSHORE B.V., AKER SOLUTIONS, INC., and FMC TECHNOLOGIES, INC. | * |
| | *  MAG. DANIEL E. KNOWLES, III |
| | * |

## **ORDER**

CONSIDERING THE FOREGOING JOINT MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE:

IT IS ORDERED that the claims of the plaintiff Danny Patterson against defendants FMC Technologies, Inc., FMC Kongsberg Subsea AS and FMC Eurasia, L.L.C. in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs. Plaintiff specifically reserves any and all claims he has against Aker Solutions, Inc. and Aker Subsea AS.

New Orleans, Louisiana, this  4th   day of May, 2016.

*Nannette Jolivette Brown*
UNITED STATES DISTRICT JUDGE